LOUIS C. RAEGENER, as Receiver of the EQUITABLE MUTUAL FIRE INSURANCE CORPORATION OF NEW YORK, Appellant, *v.* GEORGE A. BROCKWAY et al., as Executors of WILLIAM N. BROCKWAY, Deceased, Respondents.

*Raegener* v. *Brockway,* 58 App. Div. 166, affirmed.
(Argued April 1, 1902; decided April 15, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1901, affirming a judgment in favor of defendants entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Alfred A. Cook* and *Leopold Wallach* for appellant.

*Franklin Pierce* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT and MARTIN, JJ. Not voting: BARTLETT, J. Absent: VANN, J.